# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD BUENTIEMPO, | ) Case No. CV 13-9121-BRO (JPR) |
| Petitioner, | ) |
| vs. | ) **JUDGMENT** |
| HEIDI M. LACKNER, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: October 21, 2014

BEVERLY REID O'CONNELL
U.S. DISTRICT JUDGE

3